UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOUIS D. VEREEN, JR.,

       Plaintiff,

v.

STATE OF FLORIDA,

       Defendant.

_____

Case No. 3:22-cv-910-BJD-JBT

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Louis D. Vereen, Jr., an inmate of the Florida penal system, initiated this action *pro se* by filing a document titled, "Motion to Covert [sic] to a Civil Action Authority: 9th Amendment of the U.S. Constitution" (Doc. 1). Plaintiff moves to proceed *in forma pauperis* (Doc. 2). He asserts the state court "has shown bias and prejudice towards [him]" by summarily denying his habeas corpus petition without holding an evidentiary hearing. Doc. 1 at 2. He also contends corrections officers are "constantly harass[ing]" him." *Id.* at 3. Plaintiff asks to be released and for monetary sanctions to be imposed against the judge, prosecutor, and all attorneys who "misrepresented him." *Id.* at 2-3.

It is unclear what kind of action Plaintiff intends to initiate in this Court. He has not filed a proper civil rights complaint, nor has he filed a federal

habeas petition. If Plaintiff seeks to challenge his 2014 Duval County conviction and sentence, he may initiate a habeas corpus case.[1] If he wants to challenge the conditions of his confinement at Wakulla Correctional Institution, he may initiate a civil rights action in the Northern District, where that prison is located. The Court has approved the use of forms for civil rights and habeas corpus cases, and Plaintiff will be provided with copies of these forms. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is

**ORDERED:**

1.      This case is **DISMISSED without prejudice**.

2.      The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3.      The **Clerk** shall send Plaintiff a civil rights complaint form and a habeas corpus petition form.

---

[1] The Court takes judicial notice of Plaintiff's state criminal docket, which shows he was sentenced to serve twenty-five years on May 14, 2014, after a jury adjudicated him guilty. *See* Clerk Online Resource ePortal, available at https://core.duvalclerk.com (last visited Sept. 27, 2022). The appellate court affirmed his conviction and sentence. *Id.* Plaintiff filed a petition for writ of habeas corpus in the state court on June 6, 2022, which the state court dismissed as untimely. On August 19, 2022, Plaintiff filed a copy of the motion before this Court in the state court. *Id.*

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of September 2022.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Louis D. Vereen, Jr.